UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-81017-Civ-Dimitrouleas/Snow

SHERONE C. JOHNSON,

    Plaintiff,

v.

ALLIED INTERSTATE, INC.,

    Defendant.

_____/

## **FINAL ORDER OF DISMISSAL**

THIS CAUSE is before the Court upon the parties' Stipulation for Joint Dismissal with Prejudice [DE-9], filed herein on September 28, 2009.  The Court has been advised that all claims and causes of action between or among the parties have been amicably resolved.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The above-captioned case is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees except as otherwise agreed by the parties.

2. All pending motions are denied as moot.

3. The Clerk is directed to **CLOSE THIS CASE**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 28th day of September, 2009.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record